Blake v. Hill.

## WALTER BLAKE, *Adm'r, vs.* NATHAN HILL.

Where the plaintiff, an inhabitant of the State, indorses his writ, enters his action, and dies, and his administrator comes in and prosecutes; no new indorser is required.

EXCEPTIONS from the Court of Common Pleas, *Smith J.* presiding.

*Moody Munroe,* the original plaintiff, an inhabitant of the State, entered this action at the *December* term, 1830, having himself indorsed the writ, and died in 1834. At the *April* term, 1836, the defendant moved, that a new indorser should be furnished. At the next term, *Walter Blake,* having been appointed administrator, appeared in that capacity to prosecute the suit. At the *April* term, 1837, the defendant renewed his motion for a new indorser, and it was overruled by the Court, to which the defendant excepted.

*Harding,* for the defendant, contended, that this case was within the equity of the *st. of* 1821, *c.* 59, § 8, and cited *Oysted* v. *Shed,* 8 *Mass. R.* 272.

*E. Smith,* for the defendant, was stopped by the Court.

BY THE COURT, *at the same term.*

The case presented, is not one in which a new indorser may be required.